IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JHON ANDRES HERNANDEZ, | § | |
| A# 249072776, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:26-CV-945-E-BW |
| | § | |
| WARDEN of Golden State Annex, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, received on April 9, 2026 (ECF No. 11), will be **DISMISSED** without prejudice as moot by separate judgment.

A certificate of appealability (COA) is not required for an alien detainee to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If Petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED** this 31st day of August, 2026.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE